No. 4339.—Crédito y Ahorro Popular, Apldo., *v.* Ruiz, Aplte.— C. D. Ponce. Nov. 22, 1927. Solicitose por el apelado la desestimación del recurso fundado en que transcurrió el término de 30 días contados a partir de la aprobación de la transcripción de la evidencia sin haber radicado los autos en la Secretaría de este Tribunal. Se resolvió: que;

Por cuanto el 7 de noviembre el apelante se opuso a esa solicitud alegando no haber presentado en este Tribunal la transcripción de la apelación dentro del término legal a causa de una grave enfermedad de un hijo suyo; que el apelado no ha sufrido perjuicio porque esta apelación no podía ser vista antes de las vacaciones de este Tribunal y que presentó la transcripción de la apelación y su alegato para sostenerla;

Por cuanto la Ley No. 81 de 1919 dispone que cuando se hubiere aprobado una transcripción de la evidencia el récord de la apelación será presentado en este Tribunal dentro de los 30 días siguientes a la aprobación de la misma;

Por cuanto la transcripción de la apelación, que se compone de muy pocas páginas, ha sido presentada en este Tribunal seis meses después de haber sido aprobada la transcripción de la evidencia y a los cuatro meses de solicitada la desestimación de la apelación, lo que ha retardado grandemente la tramitación del caso, perjudicando así los derechos del apelado.

Por tanto, en vista de esas circunstancias procede de-

clarar con lugar la moción de desestimación a pesar de las razones expuestas en contrario por el apelante.